American Express
Acct# 102341145
West Asset Management, Inc.
P.O. Box 790113
St. Louis, MO 63179

Citi Simplicity Card
Acct# 5424180619973628
P.O. Box 6500
Sioux Falls, SD 57117

Visa Signature
Bank of America
Acct#4313071792329620
Bank Of America
P.O. Box 851001
Dallas, TX 75285

Discover
Acct# -2766
P.O. Box 6103
Carol Stream, IL 60197

Home Depot Credit Services
Acct# 6035320077137311
P.O. Box 182676
Columbus, OH 43218

Menards HSBC Retail Services
Acct# 6004300190784733
P.O. Box 17602
Baltimore, MD 21297

Citibank-Amex
Acct# 0374350032168582
Processing Center
Des Moines, IA 50363

Lowe's
Acct#81924140625088
PO BOX 530914
Atlanta, GA 30353

Wells Fargo
#0197383193
P.O. Box 5296
Carol Stream, IL 60197

Citibank
Processing Center
Des Moines, IA 50363

Volkswagon
Acct# 860594603
P.O. Box 17497
Baltimore, MD 21297